UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY LEE BROCK,<br><br>    Plaintiff,<br><br>  v.<br><br>LOS ANGELES MEN'S CENTRAL COUNTY JAIL,<br><br>    Defendant. | Case No. 24-cv-09062-RMI<br><br>**ORDER OF TRANSFER**<br>Re: Dkt. No. 2 |

This is a civil rights case brought *pro se* by a state prisoner. Plaintiff seeks money damages from an injury that occurred at Los Angeles Men's Central County Jail. That facility is located in the Central District of California. Plaintiff is incarcerated in the Eastern District of California. The acts underlying this civil rights complaint occurred in the Central District; also, the named Defendant is located in the Central District. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, this case is **TRANSFERRED** to the United States District Court for the Central District of California.[1] *See* 28 U.S.C. § 1406(a). All pending motions are **DENIED** as moot.

**IT IS SO ORDERED.**

Dated: February 10, 2025

                ROBERT M. ILLMAN
                United States Magistrate Judge

---

[1] If plaintiff seeks different medical care, he must file a separate complaint in the Eastern District of California, where he is incarcerated.