UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| No. | CV 25-01361-JFW (AS) | Date | August 4, 2025 |
|---|---|---|---|
| Title | *Johnny Lee Brock v. Los Angeles Men's Central County Jail* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | Not reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**   **ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On May 19, 2025, the Court issued an Order dismissing Plaintiff's Complaint with leave to amend, and directed Plaintiff to file a First Amended Complaint if he wished to pursue this case. ("Order") (Dkt. No. 15). Plaintiff was ordered to file a First Amended Complaint within 30 days from the date of the Court's Order. (Id. at 6). Since the Order was issued on May 19, 2025, Plaintiff was required to file a First Amended Complaint no later than June 19, 2025. Plaintiff was "explicitly cautioned that failure to timely file a First Amended Complaint, . . . will result in a recommendation that this action, or portions thereof, be dismissed with prejudice for failure to prosecute and/or failure to comply with a court order. (Id. at 7).

To date, Plaintiff has failed to file a First Amended Complaint, seek an extension of time to do so, or otherwise communicate with the Court. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE, in writing, no later than September 4, 2025,** why this action should not be dismissed with prejudice for failure to prosecute. This Order will be discharged upon the filing of a First Amended Complaint that complies with the May 19, 2025 Order dismissing Plaintiff's Complaint, (Dkt. No. 15), a copy of which is attached to this Order, or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to file a First Amended Complaint.

If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for Plaintiff's convenience.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 25-01361-JFW (AS) | Date | August 4, 2025 |
|---|---|---|---|
| Title | *Johnny Lee Brock v. Los Angeles Men's Central County Jail* | | |

<u>Plaintiff is warned that a failure to timely respond to this Order **will** result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders</u>.

**IT IS SO ORDERED.**

cc:   John F. Walter
      United States District Judge

|  | 0 : 00 |
|---|---|
| Initials of Preparer | |