UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| No. | CV 25-01361-JFW (AS) | Date | September 22, 2025 |
|---|---|---|---|
| Title | *Johnny Lee Brock v. Los Angeles Men's Central County Jail* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | Not reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**     **SECOND ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On August 4, 2025, the Court issued an Order to Show Cause ("OSC") why this case should be dismissed with prejudice for failure to prosecute. (Dkt. No. 16). Plaintiff was ordered to respond to the OSC no later than September 4, 2025 by filing a First Amended Complaint (in accordance with the Court's May 15, 2025 Order dismissing Plaintiff's complaint with leave to amend) or a declaration under penalty of perjury stating why Plaintiff is unable to file a First Amended Complaint. (Dkt. No. 16), To date, Plaintiff has failed to respond to the OSC or otherwise communicate with the Court.

Accordingly, the Court now issues a SECOND AND FINAL ORDER TO SHOW CAUSE why this case should not be dismissed with prejudice for failure prosecute. Plaintiff must file a First Amended Complaint or a declaration under penalty of perjury stating why Plaintiff is unable to file a First Amended Complaint **no later than October 20, 2025**. This Order will be discharged upon the filing of a First Amended Complaint that complies with the May 19, 2025 Order dismissing Plaintiff's Complaint, (Dkt. No. 15), a copy of which is attached to this Order, or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to file a First Amended Complaint.

If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for Plaintiff's convenience.

Plaintiff is warned that a failure to timely respond to this Order **will** result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 25-01361-JFW (AS) | Date | September 22, 2025 |
|---|---|---|---|
| Title | *Johnny Lee Brock v. Los Angeles Men's Central County Jail* | | |

**IT IS SO ORDERED.**

cc: John F. Walter
    United States District Judge

                                                                  0 : 00

Initials of Preparer