JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JOHHNY LEE BROCK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LOS ANGELES MEN'S CENTRAL JAIL,<br><br>　　　　　Defendant. | Case No. CV 25-01361-JFW (AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS AND RECOMMENDATIONS**<br><br>**OF UNITED STATES MAGISTRATE JUDGE** |

　　Pursuant to 28 U.S.C. section 636, the Court has reviewed the First Amended Complaint, the records of this case, and the Report and Recommendation of a United States Magistrate Judge to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

　　**IT IS ORDERED** that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Magistrate Judge's Report and Recommendation on the plaintiff.

DATED: December 22, 2025

　　　　　　　　　　　　　　　　　　/s/ John F. Walter
　　　　　　　　　　　　　　　　　　JOHN F. WALTER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE