JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JOHHNY LEE BROCK,<br><br>               Plaintiff,<br><br>     v.<br><br>LOS ANGELES MEN'S CENTRAL JAIL,<br><br>            Defendant. | Case No. CV 25-01361-JFW (AS)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, **IT IS ADJUDGED** that the above-captioned case is dismissed with prejudice.

    DATED: December 22, 2025

                             _____

                             JOHN F. WALTER<br>                   UNITED STATES DISTRICT JUDGE